partment. October 17, 1908.) Action by Delia Diabo against Baptiste Diabo. No opinion. *Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied.*

In re DITTRICH. (Supreme Court, Appellate Division, Second Department. October 16, 1908.) In the matter of the application of Andrew Dittrich, as executor under the last will and testament of Mary Dittrich, deceased, for the removal of Ellen C. Duffy, as executrix and testamentary trustee under the said last will and testament. No opinion. Decree of the Surrogate's Court of Kings county affirmed, with costs. See, also, 52 Misc. Rep. 277, 102 N. Y. Supp. 1124; 53 Misc. Rep. 511, 105 N. Y. Supp. 301; 120 App. Div. 504, 105 N. Y. Supp. 303.

DONEGAN & SWIFT v. HUBBARD. (Supreme Court, Appellate Division, First Department. October 16, 1908.) Action by Donegan & Swift against Norman Hubbard, Jr. No opinion. Motion denied on terms stated in order. Order filed. See, also, 110 N. Y. Supp. 98.

DOUGHERTY, Respondent, v. WESTINGHOUSE, CHURCH, KERR & CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 16, 1908.) Action by Anna C. Dougherty, as administratrix, etc., of William J. Dougherty, deceased, against Westinghouse, Church, Kerr & Co. No opinion. Order affirmed with $10 costs and disbursements.

DOWNES, Respondent, v. WENNINGER, Appellant, et al. (Supreme Court, Appellate Division, First Department. October 16, 1908.) Action by Bazena T. Downes against Carolina Wenninger, *impleaded with others.* W. G. Mulligan, for appellant. No opinion. Appeal dismissed, with $10 costs and disbursements. Order filed.

DUCHAMBEAU, Respondent, v. AMES IRON WORKS, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 14, 1908.) Action by Margaret Duchambeau, as administratrix, etc., against the Ames Iron Works.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide even. *Held,* that the proof fails to show that plaintiff's intestate was free from contributory negligence.

McLENNAN, P. J., dissents.

In re DUFFY. (Supreme Court, Appellate Division, Second Department. October 16, 1908.) In the matter of the judicial settlement of the intermediate account of Elizabeth M. Duffy, as administratrix, etc., of Louisa Moran, deceased. No opinion. Motion granted. See, also, 127 App. Div. 74, 111 N. Y. Supp. 77.

DUFFY v. McCLELLAN. (Supreme Court, Appellate Division, First Department. October 30, 1908.) Action by Thomas F. Duffy against George B. McClellan. No opinion. Motion granted, with $10 costs. Order filed.

DUNLOP, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. November 6, 1908.) Action by Charles Dunlop against the city of New York. T. Connolly, for appellant. A. D. Kneeland, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

DUNLOP, Appellant, v. MOSELEY et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 9, 1908.) Action by Charles Dunlop against George W. Moseley and others. No opinion. Judgment affirmed, with costs.

DUNN, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. November 6, 1908.) Action by Owen J. Dunn against the city of New York. T. Connolly, for appellant. B. W. Gibson, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

HOUGHTON and SCOTT, JJ., dissent.

DUNN, Respondent, v. MARTIN, Appellant. (Supreme Court, Appellate Division, First Department. November 6, 1908.) Action by Frederick P. Dunn against Thomas R. Martin. J. E. Lawshe for appellant. C. Fischer, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re DUNNING. (Supreme Court, Appellate Division, First Department. November 6, 1908.) In the matter of Charles T. Dunning. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

DURLAND et al., Appellants, v. CRIPPEN, Respondent. (Supreme Court, Appellate Division, Third Department. September 17, 1908.) Action by Charles M. Durland and others against George Crippen. No opinion. Judgment modified, by striking therefrom recovery of damages of $1 and interest in favor of the defendant, and, as so modified, affirmed, without costs in this court.

ECKHARDT, Respondent, v. INTERNATIONAL RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 7, 1908.) Action by Katherine Eckhardt against the International Railway Company.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event. *Held,* that the verdict of the jury is contrary to and against the weight of evidence.

McLENNAN, P. J., dissents.

ECONOMIC POWER & CONST. CO., Respondent, v. CITY OF BUFFALO et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. September 23, 1908.) Action by the Economic Power & Construction Company against the city of Buffalo and others.

PER CURIAM. Judgment (59 Misc. Rep. 571, 111 N. Y. Supp. 443) affirmed, with costs.

KRUSE, J., dissents upon the ground that the act of the Legislature, so far as it assumes to